## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONATHAN MCCANN on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SHIRLEY S. HILL, VERNON W. HILL II, and INTERARCH, INC.,<br><br>*Defendants*, and<br><br>INTERARCH, INC. PROFIT SHARING PLAN AND TRUST,<br><br>*Nominal Defendant* | Case No. 20-6435 (NLH/JS)<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to Federal Rule of Civil Procedure 23, Plaintiff moves this Court for an order:

1. Finally approving the Settlement Agreement between Plaintiffs and Defendants dated September 10, 2021, as amended by the Amendment to Class Action Settlement Agreement dated September 15, 2022 (the "Settlement"), as fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure;

2. Dismissing this action against Defendants with prejudice;

3. Adjudging that Plaintiff and the Class be deemed conclusively to have released and waived any and all Settled Claims against the Defendants as provided under the terms of the Settlement;

4. Retaining exclusive continuing jurisdiction over the implementation, enforcement, and administration of the Settlement and the disposition of the Settlement Fund; and

5.     Making such findings as are set forth in the Proposed Order Granting Final Approval of Class Action Settlement filed with this motion, the form of which has been agreed to by the parties under the terms of the Settlement.

Defendants do not oppose the relief sought by this motion.

Dated: December 2, 2022                              Respectfully submitted,

/s/ Adam H. Garner
Adam Harrison Garner (035482004)
Melanie J. Garner (004982004)
THE GARNER FIRM, LTD.
1617 John F. Kennedy Blvd., Suite 550
Philadelphia, PA 19103
(215) 645-5955 (Tel)
(215) 645-5960 (Fax)
melanie@garnerltd.com
adam@garnerltd.com

R. Joseph Barton
(*Pro Hac Vice*)
BLOCK & LEVITON LLP
1633 Connecticut Ave. NW St. 200
Washington D.C. 20009
Telephone: (202) 734-7046
Fax:    (617) 507-6020
jbarton@blockleviton.com

## CERTIFICATE OF SERVICE

I hereby certify on this 2nd day of December 2022, a copy of the foregoing was filed electronically via the Court's CM/ECF system and is available for viewing and downloading by all counsel of record from the CM/ECF system.

/s/ Adam H. Garner
Adam Harrison Garner