IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONATHAN MCCANN on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SHIRLEY S. HILL, VERNON W. HILL II, and INTERARCH, INC.,<br><br>*Defendants*, and<br><br>INTERARCH, INC. PROFIT SHARING PLAN AND TRUST,<br><br>*Nominal Defendant* | Case No. 20-6435 (NLH/MJS)<br><br>**JUDGMENT** |

AND NOW, this 19th day of December 2022, in accordance with the Final Approval Order On Class Action Settlement issued this day, and for such other reasons as stated on the record on December 16, 2022, and pursuant to Federal Rules of Civil Procedure 23, 54, and 58, it is ORDERED that, on Plaintiff Jonathan McCann's and the certified class' claims as set forth in Plaintiff's Complaint, judgment is entered in favor of Plaintiff and the Class and against all Defendants in the amount of $1,522,509.62, of which $316,667.67 shall be payable to Class Counsel as attorney's fees and an additional $3,781.40 of which shall be paid to Class Counsel in reimbursement of its costs. Additionally, judgment in the amount of $5,000 is entered in favor of Plaintiff Jonathan McCann in his individual capacity in settlement of his individual claim against InterArch, Inc. brought pursuant to 29 U.S.C. § 1132(a)(1)(A) and (c).

*/s/ Noel L. Hillman*
Noel L. Hillman
United States District Judge

At Camden, New Jersey